CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
SEP 23 2005
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| ANDREW D. BROWN, | ) | CASE NO. 3:02CV00088 |
| Plaintiff | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| JO ANNE B. BARNHART<br>Commissioner of Social Security, | ) | By: B. Waugh Crigler<br>U. S. Magistrate Judge |
| Defendant | ) | |

The Commissioner having advised the court that she has no objection to an award of attorney fees to C. Cooper Geraty, Esq. in the amount of Eleven Thousand Eight Hundred Eleven and 25/100 Dollars ($11,811.25) under the Social Security Act (Act), 206(b), 42 U.S.C. § 406(b), it is hereby

RECOMMENDED

that an Order enter awarding counsel for plaintiff, C. Cooper Geraty, Esq. the sum of Eleven Thousand Eight Hundred Eleven and 25/100 Dollars ($11,811.25) under the Social Security Act in attorney fees being withheld from plaintiff's past-due benefits.

The Clerk is directed to immediately transmit the record in this case to the presiding District Judge. Both sides are reminded that pursuant to Rule 72(b) they are entitled to note objections, if any they may have, to this Report and Recommendation within (10) days

1

hereof. Any adjudication of fact or conclusion of law rendered herein by the undersigned not specifically objected to within the period prescribed by law may become conclusive upon the parties. Failure to file specific objections pursuant to 28 U.S.C. § 636(b)(l)(C) as to factual recitations or findings as well as to the conclusions reached by the undersigned may be construed by any reviewing court as a waiver of such objection. The Clerk is directed to send a certified copy of this Report and Recommendation to all counsel of record.

ENTERED: _____
               Judge

_Sept 23, 2005_
Date