

| | |
|---|---|
| ANDREW D. BROWN,<br><br>                             *Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                           *Defendant.* | CIVIL ACTION NO. 3:02-CV-00088<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

     The above-captioned case was referred to the presiding United States Magistrate Judge for proposed findings of fact and a recommended disposition. Following a ruling on the merits, counsel for Plaintiff filed a Motion for Attorney's Fees. Specifically, counsel petitions the Court to allow a fee of Eleven Thousand Eight Hundred Eleven and 25/100 Dollars ($11,811.25) for services rendered in the United States District Court for the Western District of Virginia as attorney for the plaintiff. The Commissioner responded to the Motion, and declared that there were no objections. The Magistrate Judge filed a Report and Recommendation, which recommended that Plaintiffs' counsel be awarded the amount requested for his court-related services. After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, *see* Fed. R. Civ. P. 72(b), the Court adopts the Magistrate Judge's Report in its entirety. It is accordingly this day

ORDERED

as follows:

1. The Report and Recommendation of the United States Magistrate Judge shall be, and hereby is, ADOPTED in its entirety;

2. The Plaintiff's Motion for Attorney's Fees, shall be, and hereby is, GRANTED;

3. Counsel for Plaintiff shall be, and hereby is, awarded $11, 811.25 in attorney's fees under the Social Security Act, 42 U.S.C. § 406(b).

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED: *[signature]*
United States District Judge

October 18, 2005
Date

2